```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 30191
   GEORGE ARSONIADIS
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-3581

-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/05/08 .

   2.  The case was dismissed without confirmation, 02/05/2009.

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------
NATIONAL CITY MORTGAGE     CURRENT MORTG          .00           .00            .00
NATIONAL CITY MORTGAGE     MORTGAGE ARRE   NOT FILED            .00            .00
NATIONAL CITY MORTGAGE     SECURED                .00           .00            .00
NATIONAL CITY MORTGAGE     MORTGAGE ARRE   NOT FILED            .00            .00
ILLINOIS DEPT REVENUE      PRIORITY        NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED            .00            .00
NATIONAL CITY BANK         UNSECURED       NOT FILED            .00            .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00          .00          .00           .00
PRINCIPAL PAID           .00          .00          .00          .00           .00
INTEREST PAID            .00          .00          .00          .00           .00
TOTAL PAID               .00          .00          .00          .00           .00
The Debtor's attorney, COSTELLO & COSTELLO           , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 03/11/09                  /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                           PAGE   2
     CASE NO. 08 B 30191 GEORGE ARSONIADIS
```